UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

TIMOTHY MILLER, JR.

    Plaintiff,

V.

                                  CIVIL ACTION NO
                                  8:09-cv-01286-RWT

H&P CAPITAL INC

    Defendant.                         JULY 21, 2009

## NOTICE OF DISSMISSAL

The plaintiff through his attorney Bernard T. Kennedy stipulates that the claims in the above-entitled action shall be dismissed **without** prejudice and without costs, subject to approval of the Court.

                                              THE PLAINTIFF

                                              **BY/S/Bernard T. Kennedy**
                                              Bernard T. Kennedy, Esquire
                                              The Kennedy Law Firm
                                              P.O. Box 657
                                              Edgewater, MD 21037
                                              Ph  (443) 607-8901
                                              Fax (443) 607-8903
                                              Fed. Bar # Md26843
                                              bernardtkennedy@yahoo.com

"APPROVED" THIS 21st DAY
of July 2009

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE